IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SOUTHERN WINE & SPIRITS OF AMERICA, Inc., a Florida corporation, SOUTHERN WINE & SPIRITS OF NEBRASKA, Inc., a Florida Corporation, HARVEY R. CHAPLIN, WAYNE E. CHAPLIN, and STEVEN R. BECKER, | ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:07CV3244 |
| V. | ) ) | MEMORANDUM AND ORDER |
| DAVID HEINEMAN, in his official capacity as Governor of the State of Nebraska, JON BRUNING, in his official capacity as Attorney General of the State of Nebraska, NEBRASKA LIQUOR CONTROL COMMISSION, ROBERT LOGSDON, PAT THOMAS and RHONDA FLOWER, in their official capacities as members of the NEBRASKA LIQUOR CONTROL COMMISSION, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

After consultation with counsel,

IT IS ORDERED that a hearing on plaintiffs' motion for temporary restraining order and preliminary injunction (filing 9) lasting no longer than 1.5 hours is scheduled for 10:00 a.m. on Tuesday, October 16, 2007, before the undersigned in Courtroom No. 1, Lincoln, Nebraska.

October 15, 2007.        BY THE COURT:
                         *s/ Richard G. Kopf*
                         United States District Judge