IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SOUTHERN WINE & SPIRITS OF AMERICA, INC., a Florida corporation, SOUTHERN WINE & SPIRITS OF NEBRASKA, INC., a Florida Corporation, HARVEY R. CHAPLIN, WAYNE E. CHAPLIN, and STEVEN R. BECKER, | |
| Plaintiffs, | 4:07CV3244 |
| v. | |
| DAVID HEINEMAN, in his official capacity as Governor of the State of Nebraska, et al., | ORDER |
| Defendants. | |

IT IS ORDERED:

The motion of Jodi Fenner to withdraw as counsel of record for defendants, filing 34, is granted.

DATED this 20th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge