IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SOUTHERN WINE & SPIRITS OF AMERICA, INC., a Florida corporation, SOUTHERN WINE & SPIRITS OF NEBRASKA, INC., a Florida Corporation, HARVEY R. CHAPLIN, WAYNE E. CHAPLIN, and STEVEN R. BECKER, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | 4:07CV3244 |
| v. | ) ) | |
| DAVID HEINEMAN, in his official capacity as Governor of the State of Nebraska, JON BRUNING, in his official capacity as Attorney General of the State of Nebraska, NEBRASKA LIQUOR CONTROL COMMISSION, ROBERT LOGSDON, in his official capacity as a member of the Nebraska Liquor Control Commission, PAT THOMAS, in his official capacity as a member of the Nebraska Liquor Control Commission, and RHONDA FLOWER, in her official capacity as a member of the Nebraska Liquor Control Commission, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

IT IS ORDERED:

Defendants' motion, filing 37, to withdraw their motion to dismiss and for time to answer is granted, and

   1.  Defendants' motion to dismiss, filing 13, is withdrawn.

   2.  Defendants are given to December 21, 2007 to file their answer to plaintiff's complaint.

DATED this 10th day of December, 2007.

BY THE COURT:

s/ David L. Piester
David L. Piester
United States Magistrate Judge