IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SOUTHERN WINE & SPIRITS OF AMERICA, INC., et al., | ) ) ) | 4:07CV3244 |
| Plaintiffs, | ) | **ORDER** |
| v. | ) ) | |
| DAVID HEINEMAN, et al., | ) ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendants' motion for an enlargement of time (filing 44) is granted, as follows:

Defendants shall have until January 2, 2008, to file a reply concerning their motion for summary judgment (filing 31) and a response concerning Plaintiffs' motion to strike (filing 39).

December 26, 2007.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge