IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SOUTHERN WINE & SPIRITS OF AMERICA, INC., a Florida Corporation; SOUTHERN WINE & SPIRITS OF NEBRASKA, INC., a Florida Corporation; HARVEY R. CHAPLIN; WAYNE E. CHAPLIN; and STEVEN R. BECKER,<br><br>   Plaintiffs,<br><br>v.<br><br>DAVID HEINEMAN, in his official capacity as Governor of the State of Nebraska; JON BRUNING, in his official capacity as Attorney General of the State of Nebraska; NEBRASKA LIQUOR CONTROL COMMISSION; and ROBERT LOGSDON, PAT THOMAS, and RHONDA FLOWER, in their official capacities as members of the NEBRASKA LIQUOR CONTROL COMMISSION,<br><br>   Defendants. | Case No. 4:07CV3244<br><br><br><br><br><br><br><br><br><br>**ORDER** |

Pursuant to the parties' joint stipulation (filing 67),

IT IS ORDERED that the plaintiffs' motion for attorney fees and expenses (filing 62) and bill of costs (filing 65) are withdrawn.

March 17, 2008.    BY THE COURT:

            *s/Richard G. Kopf*
            United States District Judge